■ ROBERT CIESIELSKI, Respondent, v CAPOZZI INDUSTRIAL PARK, INC., et al., Appellants. [62 NYS3d 287]—Appeals from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered August 19, 2016. The order granted in part plaintiff's

motion for partial summary judgment on the issue of liability and denied defendants' cross motions for summary judgment.

Now, upon the stipulation of partial discontinuance signed by the attorneys for the parties on May 2, 2017 and filed in the Erie County Clerk's Office on May 26, 2017, and the stipulation of discontinuance signed by the attorneys for the parties on September 25, 2017, and filed in the Erie County Clerk's Office on September 25, 2017,

It is hereby ordered that said appeals are unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.